IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 08-0614-02 |
| IRA WEINER, D.O. : | |

**ORDER**

AND NOW, this <u>1st</u> day of July, 2009, upon consideration of Defendant Ira Weiner's Motion to Dismiss Count One for Failure to Allege a Valid Conspiracy and Motion *in Limine* Barring the Use against Dr. Weiner of Hearsay Statements of Dr. Vorasingha and Habeeb Malik. (Doc. No. 42), and after a hearing in open court, it is ORDERED that the Motions are DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.