IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 08-614 |
| HABEEB MALIK | : | |
| IRA WEINER | : | |
| THONGCHAI VORASINGHA | : | |

# **ORDER**

AND NOW, this 21st day of January, 2010, upon consideration of the Motion of Defendant Ira H. Weiner For Release Pending Appeal (Doc. No. 175) and all papers submitted in support thereof and in opposition thereto, it is ORDERED that Defendant's Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge